**Order entered March 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01640-CV

### IN RE LAKEITH AMIR SHARIF, Relator

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-7655**

## ORDER

The Court has before it relator's March 4, 2013 "motion for order rescinding panel's February 22, 2013 order denying motion for rehearing and judicial notice due to recused panel member's involvement" and "motion for temporary relief and for Court to take judicial notice of the April 9, 2013 trial scheduled in the underlying case."  The Court **DENIES** the motions.

/s/     MICHAEL J. O'NEILL
JUSTICE